IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS PICKETT,<br><br>   *Plaintiff,*<br><br> v.<br><br>LYFT, INC.,<br><br>   *Defendant.* | CIVIL ACTION<br>NO. 20-6389 |

**PAPPERT, J.**                           **May 16, 2022**

## ORDER

  **AND NOW**, this 16th day of May 2022, upon consideration of Defendant Lyft's Motion to Compel Arbitration and Stay Proceedings (ECF 10), Plaintiff Marcus Pickett's Response (ECF 12) and Lyft's Reply (ECF 13), as well as the parties' supplemental briefing and evidence (ECF 23–24, 26), it is **ORDERED** that the Motion is **GRANTED**. The case is **STAYED** pending the outcome of arbitration.

                       BY THE COURT:

                       ***/s/ Gerald J. Pappert***
                       GERALD J. PAPPERT, J.